AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

UNITED STATES OF AMERICA

V.

FRANKIE LEE JONES

**WARRANT FOR ARREST**

**CRIMINAL CASE: 5:18-CR-282-BO**

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**FRANKIE LEE JONES** and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ Indictment _____ Superseding Indictment _____ Criminal Information ___ Complaint

_____ Order of Court: ___ Violation Notice ___ Probation Violation Petition charging him/her with:

Counts 1, 2, 3, 4, 5 - 18 U.S.C. § 2251(a) and (e): Manufacture/Production of Child Pornography

Count 6 - 18 U.S.C. § 2422(b): Coercion and Enticement of a Minor

```
Peter A. Moore, Jr.                    Clerk of Court
Name of Issuing Officer                Title of Issuing Officer

Nick Bullock                           July 25 2018 - RALEIGH, NORTH CAROLINA
Signature of Issuing Officer by Deputy Clerk   Date and Location

Recommended Bond: DETENTION
```

### RETURN

This warrant was received and executed with the arrest of the above named defendant at

| DATE RECEIVED 7/26/18 | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
|---|---|---|
| DATE OF ARREST 8/7/18 | Jeff White, ICE | |

FILED

AUG 0 8 2018



PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK